**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

LCM XXII LTD.; LCM XXIII LTD.; LCM XXIV LTD.;
LCM XXV LTD.; LCM 26 LTD.; LCM 27 LTD.;
LCM 28 LTD.,

                     Plaintiffs,

    -against-

SERTA SIMMONS BEDDING, LLC; ADVENT
INTERNATIONAL CORPORATION; EATON VANCE
MANAGEMENT; INVESCO SENIOR SECURED
MANAGEMENT INC.; CREDIT SUISSE ASSET
MANAGEMENT LLC; BOSTON MANAGEMENT
AND RESEARCH; BARINGS LLC,

                     Defendants.

------------------------------------- x

<u>ORDER</u>

20 Civ. 5090 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for November 19, 2020 at 9:30 am is hereby cancelled.

An oral argument on Defendants' Motions to Dismiss, (ECF 39, 44, 46), is scheduled for December 10, 2020 at 10:30 am.

Dated: New York, New York
       October 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge