UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LCM XXII LTD.; LCM XXIII LTD.; LCM XXIV LTD.;
LCM XXV LTD.; LCM 26 LTD.; LCM 27 LTD.;
LCM 28 LTD.,

                             Plaintiffs,

      -against-

SERTA SIMMONS BEDDING, LLC; ADVENT
INTERNATIONAL CORPORATION; EATON VANCE
MANAGEMENT; INVESCO SENIOR SECURED
MANAGEMENT INC.; CREDIT SUISSE ASSET
MANAGEMENT LLC; BOSTON MANAGEMENT
AND RESEARCH; BARINGS LLC,

                             Defendants.

------------------------------------- x

ORDER

20 Civ. 5090 (GBD)

GEORGE B. DANIELS, United States District Judge:

     In light of the pending Motions to Dismiss, (ECF Nos. 39, 44, 46), Plaintiffs' Letter Motion for a Local Rule 37.2 Conference (ECF No. 33) is DENIED. Defendants' request for a stay of discovery (ECF No. 55) is GRANTED to the extent that discovery is stayed until the January 14, 2021 oral argument on the pending motions.

Dated: New York, New York
       January 5, 2021

                                                       SO ORDERED.

                                                       GEORGE B. DANIELS
                                                       United States District Judge