UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

LCM XXII LTD.; LCM XXIII LTD.; LCM XXIV LTD.;
LCM XXV LTD.; LCM 26 LTD.; LCM 27 LTD.;
LCM 28 LTD.,

                              Plaintiffs,

      -against-

SERTA SIMMONS BEDDING, LLC; ADVENT
INTERNATIONAL CORPORATION; EATON VANCE
MANAGEMENT; INVESCO SENIOR SECURED
MANAGEMENT INC.; CREDIT SUISSE ASSET
MANAGEMENT LLC; BOSTON MANAGEMENT
AND RESEARCH; BARINGS LLC,

                            Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 5, 2021

ORDER

20 Civ. 5090 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant Barings LLC's unopposed motion (ECF No. 51) to join in the Motions to Dismiss of Defendant Serta Simmons Bedding, LLC (ECF No. 39) and Defendants Eaton Vance Management, Invesco Senior Secured Management, Inc., Credit Suisse Asset Management, LLC, and Boston Management and Research (ECF No. 44) is GRANTED.

Dated: New York, New York
       January 5, 2021

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge