UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LCM XXII LTD.; LCM XXIII LTD.; LCM XXIV
LTD.; LCM XXV LTD.; LCM 26 LTD.; LCM
27 LTD.; LCM 28 LTD.,

                      Plaintiffs,

      -against-                            20 **CIVIL** 5090 (GBD)

## JUDGMENT

SERTA SIMMONS BEDDING, LLC; ADVENT
INTERNATIONAL CORPORATION; EATON
VANCE MANAGEMENT; INVESCO SENIOR
SECURED MANAGEMENT INC.; CREDIT
SUISSE ASSET MANAGEMENT LLC,;
BOSTON MANAGEMENT AND RESEARCH;
BARINGS LLC,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 10, 2021, Defendants' motion to dismiss for lack of subject matter jurisdiction is GRANTED. Plaintiffs' Complaint is dismissed.

**Dated:** New York, New York

        March 10, 2021

                                                      RUBY J. KRAJICK

                                                      **Clerk of Court**

                         **BY:**

                                                      **Deputy Clerk**